UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------

In Re:

Tou cheng Moua

ORDER

  Debtor.

Chapter 7, Case No. 10-33351

------------------------------

      This case came before the court on the motion of U.S. Bank, N. A. as serviced by Nationa Default Servicing Corporation, pursuant to 11 U.S.C. section 362 on August 18, 2010, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

      IT IS ORDERED:

      The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, has an interest under mortgage document no. 4041258, said property legally described as follows:

      LOT 3, BLOCK 3, G.V. BACON'S ADDITION

      The movant, its successors and assigns, may proceed to foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: August 18, 2010

/e/ Dennis D. O'Brien

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/18/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk